IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RYAN KENNETH RANDALL, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-084
)
THE CITY OF SAVANNAH, GA; )
CHATHAM COUNTY POLICE; and )
CHATHAM COUNTY CITY COUNCIL; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 6.) After careful consideration, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's complaint (Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24TH day of June 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA